AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

Robe Dwyane Folston, Jr.

Plaintiff,

v.

Mrs. K. Brown; and Ms. Rhett

Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 4:19-cv-256

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order dated October 16, 2020, adopting the Report and Recommendation of the United States Magistrate Judge as the opinion of the Court, judgment is entered dismissing Plaintiff's complaint. This civil action stands CLOSED.

Approved by: _____

October 27, 2020
Date

John E. Triplett, Acting Clerk
Clerk

(By) Deputy Clerk

GAS Rev 10/2020